May Term,
1858.

GROVER
v.
BRUCE.

*Saturday,*
*June 19.*

———

GROVER and Another *v.* BRUCE and Another.

*Saturday,*
*June 19.*

APPEAL from the *Vigo* Circuit Court.

*Per Curiam.*—Suit upon notes payable to *E. M. Bruce*

*& Co.* The complaint is by *Eli M. Bruce* and *Henry Bruce,* jun., and alleges the notes were payable to them. Copies of the notes were set out in the complaint. A demurrer to the complaint was overruled. The notes were admitted in evidence under it. Thus far there was no error. *The Warden, &c., of St. James's Church* v. *Moore et al.,* 1 Ind. R. 289. —*Louden* v. *Walpole, id.* 319.—*Muirhead* v. *Snyder,* 4 *id.* 486. See *Abernathy* v. *Reeves et al.,* 7 *id.* 306.

It is contended that the evidence did not sustain the judgment; but the record does not purport to contain all the evidence, and the case is, therefore, not before us on the merits.

The judgment is affirmed, with 3 per cent. damages and costs.

*S. Claypool, A. B. Crane* and *W. E. McLean,* for the appellants.